## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

**CRIMINAL COMPLAINT**

UNITED STATES OF AMERICA

v.

TOMMIE LEVON WILLIAMS

1421 41st Street (Ensley)
Birmingham, Alabama

**CASE NUMBER:**

**MAG 08   079**

I, Paul E. Watson, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about April 18, 2008, in Jefferson County, within the Northern District of Alabama, the defendant, TOMMIE LEVON WILLIAMS, did knowingly, intentionally, and unlawfully distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as "crack" cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

I further state that I am a Special Agent with the Federal Bureau of Investigation (F.B.I.), and that this complaint is based on the facts contained in the affidavit which is attached hereto and incorporated by reference.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

APR 2 2 2008                      at       Birmingham, Alabama
_____                    _____
Date                                       City and State

HON. ROBERT R. ARMSTRONG, JR.
United States Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

NORTHERN DISTRICT OF ALABAMA

BIRMINGHAM, ALABAMA

AFFIDAVIT

Your affiant, Paul E. Watson, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for over twelve years, having four years prior law enforcement experience as a Police Officer, and as such is vested with the authority to investigate violations of Federal Law, including Title 21, United States Code. Your affiant is currently assigned to the Birmingham Division of the FBI, and has primary investigative responsibilities for violent crimes occurring in the Northern District of Alabama. The statements contained in this affidavit are based on your affiant's investigation, as well as information derived from interviews of witnesses named herein. Further your affiant states as follows:

On April 18, 2008, an FBI Cooperating Individual (CI) made arrangements to purchase a half ounce of crack cocaine from TOMMIE WILLIAMS (an adult male black). On April 18, 2008, the CI was provided with $450.00 in U.S. Currency, and a recording device. The CI and CI vehicle were searched for illegal drugs, and none were found. The CI drove to the area of New Hill Circle in Birmingham,

1

1  Alabama.  The CI made contact with WILLIAMS in the area of
2  719 New Hill Circle, at which time the CI purchased a
3  plastic bag of suspected crack cocaine for $450.00.  The
4  CI then returned to a predetermined location where the
5  suspected crack cocaine and recording device were provided
6  to your affiant.  The crack cocaine was weighed and field
7  tested by your affiant.  The crack cocaine tested positive
8  and weighed approximately 14.7 grams.
9           Based on the information set forth in this
10 affidavit, I submit that there is probable cause to
11 believe that on April 18, 2008, TOMMIE LEVON WILLIAMS (an
12 adult black male), within the Northern District of
13 Alabama, did distribute a controlled substance, that
14 being, approximately 14.7 grams of a mixture or substance
15 containing a detectable amount of cocaine base, more
16 commonly referred to as crack cocaine, in violation of
17 Title 21, United States Code, Sections 841(a)(1).  Further
18 your affiant sayeth not

Paul E. Watson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 22 day of April, 2008.

Robert R. Armstrong Jr.
U.S. Magistrate

2